EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Querella |
|--------|----------|
| John Fuentes Borrero | 99 TSPR 172 |

Número del Caso: TS-6478

Fecha: 18/11/1999

Colegio de Abogados: Lcda. Mady Pacheco García de la Noceda

Abogados de la Parte Querellada: Por Derecho Propio

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

John Fuentes Borrero

                        6478

RESOLUCION

San Juan, Puerto Rico, a 18 de noviembre de 1999.

Vista la comparecencia del Colegio de Abogados en la que expone que John Fuentes Borrero cumplió con su obligación de pago de las cuotas adeudadas, se autoriza la reinstalación de Fuentes Borrero al ejercicio de la abogacía.

Se le apercibe al Lcdo. John Fuentes Borrero que en el futuro deberá cumplir rigurosamente con su obligación de pagar su cuota anual al Colegio de Abogados y que su incumplimiento con esta obligación conllevará severas sanciones disciplinarias.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón y los Jueces Asociados señor Fuster Berlingeri y señor Corrada del Río no intervinieron.

                       Isabel Llompart Zeno
                Secretaria del Tribunal Supremo